IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERNEST RAY BEDFORD | § | |
| VS. | § | CIVIL ACTION NO. 1:10cv253 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Ernest Ray Bedford, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. The current petition was filed in the district where petitioner is incarcerated. Accordingly, this court has jurisdiction over the petition.

However, while Telford Unit is in Bowie County, which is located within the Eastern District of Texas, it is in the Texarkana Division, rather than the Beaumont Division. As a result, this case will be transferred to the Texarkana Division of

this court.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   12   day of      May      , 2010.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE